UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>CHIP CROWLEY,<br><br>               Defendant. | Case No.14CR1951 AJB<br><br>ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE<br><br>(Doc. No. 28) |

    Upon motion of the United States of America and good cause appearing,

    IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

    IT IS SO ORDERED.

DATED: September 24, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge